UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARCUS MADDOX,

Petitioner,

v.

NATHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00437-ART-CLB

ORDER

Before this Court is Petitioner Marcus Maddox's unopposed motion for a 90-day extension of time to file his amended habeas petition. (ECF No. 12 ("Motion for Extension").) This is Maddox's first request for an extension of this deadline. The Court finds that good cause exists to grant the request.

It is therefore ordered that the Motion for Extension (ECF No. 12) is granted. Maddox has up to and including December 3, 2026, to file his amended petition.

DATED THIS 4th day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE